FRIEDA NEUMAN, substituted administratrix, &c., complainant-respondent,

*v.*

HILDA FANTL et al., defendants-appellants.

[Decided January 31st, 1936.]

356

*Mr. Saul J. Zucker,* for the appellants.

*Messrs. Hannoch & Lasser,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Stein in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 8.

*For reversal*—LLOYD, DONGES, PERSKIE, JJ. 3.